**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Luis Alberto Urias, | ) | No. CIV 05-1547-PHX-NVW (DKD) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph Arpaio, | ) | |
| Defendant. | ) | |

Plaintiff filed a *pro se* Prisoner Civil Rights Complaint on May 24, 2005 (Doc. #1). The Court issued a Notice of Assignment, a copy of which was mailed to Plaintiff, warning him that failure to file a Notice of Change of Address could result in the case being dismissed (Doc. #2). The Court ordered Plaintiff to pay the inmate filing fee on October 26, 2005, and ordered Defendant to answer the Complaint (Doc. #3, 4). On November 2, 2005, a copy of the Court's October 26 Order was returned (Doc. #5), indicating that Plaintiff had been released from custody, with no forwarding information available (*Id.*).

**IT IS ORDERED DISMISSING** Plaintiff's Complaint **WITHOUT PREJUDICE** (Doc. #1).

DATED this 16th day of November, 2005.

_____
Neil V. Wake
United States District Judge